```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ROBERT O'DELL, FRANCISCO DIAZ, ANABEL    :
DIAZ, and ALICIA PEREZ, on behalf of     :
themselves and all others similarly      :   09 Civ. 759 (DLC)
situated,                                :
                          Plaintiffs,    :   ORDER
                                         :
            -v-                          :
                                         :
AMF BOWLING CENTERS, INC.,               :
                          Defendant.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the December 4, 2009 conference with the Court, it is hereby

ORDERED that the proposed class is certified for settlement purposes under Rule 23(e), Fed.R.Civ.P.

IT IS FURTHER ORDERED that the plaintiffs' November 19, 2009 motion for final approval of the class action settlement is granted; and the settlement set forth in the joint stipulation of settlement and release executed on August 27 and 28, 2009 is approved under Rule 23, Fed.R.Civ.P.

IT IS FURTHER ORDERED that the plaintiffs' November 19, 2009 motion for approval of attorneys' fees and reimbursement of expenses is granted for the amounts of $172,000 in attorneys' fees and $7,070 in expenses to the Outten & Golden LLP firm.

IT IS FURTHER ORDERED that the plaintiffs' November 19, 2009 motion for service payments is granted for the amounts of $5,000 to named plaintiff Robert O'Dell, and $2,500 each to named plaintiffs Francisco Diaz, Anabel Diaz, and Alicia Perez. These amounts shall be paid from the settlement fund.

IT IS FURTHER ORDERED that the Clerk of Court shall close the case.

SO ORDERED:

Dated:   New York, New York
         December 15, 2009

```
                              _____
                                       DENISE COTE
                              United States District Judge
```